IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-cv-03196 |
| CHEYENNE D. ROBERTSON, ) | |
| Defendant. ) | |

**OPINION CONFIRMING SALE**

The U.S. Marshal has been appointed by the Court to sell the property at issue in this case.  The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court.  The Court, having reviewed the relevant materials, finds as follows:

1.    The common address and legal description of the real estate at issue is:

806 West North First Street, Shelbyville, IL 62565

Lot 2 in Block 17 in Crane and Stevenson's Addition to the Town (now City) of Shelbyville, Shelby County,

1

Illinois. Except all coal and minerals previously reserved or conveyed together with the right to mine and remove the same, situated in Shelby County, Illinois.

Permanent Index Number: 2013-07-18-304-005

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's Report of Sale is approved and the sale is confirmed;

B. The United States does not waive its right to subsequently administratively collect, including by offset, any resulting deficiency if the sale price for the foreclosed property sold in this cause at judicial sale does not pay the judgment amount and subsequently accrued interest, advances and costs owed on either the promissory note or mortgage in this cause even though no such

deficiency judgment is sought in this foreclosure proceeding.

C.  The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS 15-1509(a).

D.  The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E.  There is no just reason to delay enforcement of or appeal from this final order.

ENTER: October 29, 2019

*/s/ Sue E. Myerscough*
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE